Fatouma KITETE, Petitioner,

v.

Loretta E. LYNCH, Attorney General, Respondent.

No. 14–2310.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 13, 2015.

Decided: April 29, 2015.

**892**

Fatouma Kitete, Petitioner Pro Se. Monica G. Antoun, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

Before KEENAN, FLOYD, and THACKER, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fatouma Kitete, a native of Egypt and a citizen of Zaire, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing her appeal of the Immigration Judge's (IJ) decision denying her motion for a continuance and ordering her removed to Egypt. We have reviewed the administrative record and Kitete's claims and find that the IJ did not abuse his discretion in declining Kitete's request to continue her case. *See* 8 C.F.R. § 1003.29 (2014); *Lendo v. Gonzales,* 493 F.3d 439, 441 (4th Cir.2007). We accordingly deny the petition for review for the reasons stated by the Board. *See In re: Kitete* (B.I.A. Oct. 24, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*